United States Courts
Southern District of Texas
FILED

AUG 20 2021

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN J. DICKERSON, <br> ASHLEY ROBINSON, and <br> NAILA JACKSON, et al | § <br> § <br> § | CIVIL ACTION <br><br> NO. |
| PLAINTIFFS | § <br> § <br> § | |
| V. | § | JURY |
| THE STATE OF TEXAS, <br> GREGORY WAYNE ABBOTT, and <br> THE TEXAS WORKFORCE <br> COMMISSION, | § <br> § <br> § <br> § <br> § | DEMANDED |
| DEFENDANTS | § | |

## PLAINTIFFS' MOTION FOR A TEMPORARY INJUNCTION

TO THE HONORABLE                                    
UNITED STATES DISTRICT JUDGE:

COMES NOW THE PLAINTIFFS, and moves this Honorable Court to grant a hearing on this Motion for a Temporary Injunction, and respectfully shows as follows:

1. Plaintiffs incorporate by reference all of the factual and substantive allegation in their COMPLAINT as though set out here word-for-word.

2. Plaintiffs also incorporate the Affidavits of Fact attached hereto and marked "Exhibit A".

3. Plaintiffs respectfully requests a hearing on this, their Motion for a Temporary Injunction in order to prevent irreparable harm for which they have no adequate remedy.

4. Plaintiffs will prevail upon the merits when their COMPLAINT is adjudicated upon final trial.

### PRAYER

WHEREFORE, PLAINTIFFS respectfully request that this Honorable Court favorably consider and grant this Motion for a Temporary Injunction.

Respectfully submitted,

_____
The Craig Washington Law Firm
State Bar No. 20901000
washlawfirm@aol.com
P.O. Box 306
Bastrop, Texas 78602
Phone: (713) 385-9060

ATTORNEYS FOR PLAINTIFFS

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN J. DICKERSON, ASHLEY ROBINSON, and NAILA JACKSON, et al | § § § § | CIVIL ACTION NO. |
| PLAINTIFFS | § § | |
| V. THE STATE OF TEXAS, GREGORY WAYNE ABBOTT, and THE TEXAS WORKFORCE COMMISSION, | § § § § § § § | JURY DEMANDED |
| DEFENDANTS | § § | |

## AFFIDAVIT OF FACTS

BEFORE ME, the undersigned authority, personally appeared ASHLEY ROBINSON on this, the 20TH day of August 2021, and after being sworn by me, did, upon OATH depose and say:

"My name is Ashley Robinson and I am eligible for and was receiving benefits from being unemployed.

I have been cut off from the benefits I was receiving without being given an opportunity to express how the loss of benefits affects my ability to maintain a source of income and a method to eat, have shelter and live as a human being, as a citizen of this country.

The harm done to me is incomprehensible! No amount of future damages can possibly compensate me for the loss of dignity, health and well-being. I will suffer without provision of assistance to which I am entitled."

FURTHER, AFFIANT SAYETH NOT.

_Ashley Robinson_
(Printed Name)

NOTARY PUBLIC IN AND FOR
HARRIS COUNTY, TEXAS
_Sheree Roberts_

SHEREE ROBERTS
Notary Public, State of Texas
Comm. Expires 09-11-2024
Notary ID 129120681

8-20-2021 SAR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN J. DICKERSON, <br> ASHLEY ROBINSON, and <br> NAILA JACKSON, et al <br><br> PLAINTIFFS <br><br> V. <br> THE STATE OF TEXAS, <br> GREGORY WAYNE ABBOTT, and <br> THE TEXAS WORKFORCE <br> COMMISSION, <br><br> DEFENDANTS | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION <br><br> NO. <br><br><br><br><br> JURY <br><br> DEMANDED |

## AFFIDAVIT OF FACTS

BEFORE ME, the undersigned authority, personally appeared NAILA JACKSON on this, the 20TH day of August 2021, and after being sworn by me, did, upon OATH depose and say:

"My name is Naila Jackson and I am eligible for and was receiving benefits from being unemployed.

I have been cut off from the benefits I was receiving without being given an opportunity to express how the loss of benefits affects my ability to maintain a source of income and a method to eat, have shelter and live as a human being, as a citizen of this country.

The harm done to me is incomprehensible! No amount of future damages can possibly compensate me for the loss of dignity, health and well-being. I will suffer without provision of assistance to which I am entitled."

FURTHER, AFFIANT SAYETH NOT.

SHEREE ROBERTS
Notary Public, State of Texas
Comm. Expires 09-11-2024
Notary ID 129120681

on August 20th 2021.

_Naila Jackson_
(Printed Name)

NOTARY PUBLIC IN AND FOR
HARRIS COUNTY, TEXAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN J. DICKERSON, ASHLEY ROBINSON, and NAILA JACKSON, et al | § § § § | CIVIL ACTION NO. |
| PLAINTIFFS | § § | |
| V. | § § | JURY |
| THE STATE OF TEXAS, GREGORY WAYNE ABBOTT, and THE TEXAS WORKFORCE COMMISSION, | § § § § | DEMANDED |
| DEFENDANTS | § § | |

## AFFIDAVIT OF FACTS

BEFORE ME, the undersigned authority, personally appeared _Stephen J. Dickerson_ on this, the _19th_ day of August, 2021, and after being sworn by me, did, upon OATH depose and say:

"My name is _Stephen J. Dickerso_ and I am eligible for and was receiving benefits from being unemployed.

I have been cut off from the benefits I was receiving without being given an opportunity to express how the loss of benefits affects my ability to maintain a source of income and a method to eat, have shelter and live as a human being, as a citizen of this country.

The harm done to me is incomprehensible! No amount of future damages can possibly compensate me for the loss of dignity, health and well-being. I will suffer without provision of assistance to which I am entitled."

FURTHER, AFFIANT SAYETH NOT.

Stephen J. Dickerson
(Printed Name)

Apurva Patel
My Commission Expires
03/02/2025
ID No. 131033718

NOTARY PUBLIC IN AND FOR
HARRIS COUNTY, TEXAS